# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00719-CR

### Ex parte Kevin J. Mayhew

## FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
## NO. 55359, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Kevin J. Mayhew applied for a writ of habeas corpus to contest his extradition to Arkansas. The writ issued and, after a hearing, the relief sought was denied. This appeal followed.

Documents contained in a recently filed supplemental clerk's record reflect that Mayhew was released into the custody of Arkansas police on November 23, 2003, two days after the habeas corpus hearing and two days before his attorney filed the notice of appeal. Apparently, no effort was made to stay extradition pending appeal. Under the circumstances, the appeal is moot. *Ex parte Stowell*, 940 S.W.2d 241, 243 (Tex. App.—San Antonio 1997, no pet.).

The appeal is dismissed.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed

Filed:   June 10, 2004

Do Not Publish